David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, Az. 85201
480-644-1080 / 480-644-1082 (fax)
dab@azbktrustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| ROGEL, ESPERANZA<br>ROGEL, JACINTO | Case No. 10-24891-PHX RJH |
| Debtor(s) | NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY |

NOTICE IS GIVEN THAT DAVID A. BIRDSELL, Trustee, proposes to abandon the following-described property on the grounds that it is burdensome and of inconsequential value to the estate:
330 S 116TH AVE AVONDALE AZ (LIENS & HOMESTEAD EXCEED MARKET VALUE)

Any person opposing the abandonment shall file a written objection and request for a hearing within 21 days of the date of mailing of this notice. The date can be obtained by a review of the court docket. The objection shall be filed with the United States Bankruptcy Court, 230 N. First Ave. #101 Phoenix, Az. 85003-1706. A copy of the objection shall be mailed forthwith to the Trustee and his/her Attorney at the following address: TRUSTEE: DAVID A. BIRDSELL, 216 N. CENTER, MESA, AZ 85201

If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

September 21, 2010
Date

/s/ David A. Birdsell
DAVID A. BIRDSELL, Trustee